[No. 32622-1-II.   Division Two.   May 9, 2006.]

WILLIAM HAHN, *Appellant,* v. THE CITY OF TACOMA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-07558-8, Brian M. Tollefson, J., entered December 13, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[Nos. 32671-0-II; 32811-9-II.   Division Two.   May 9, 2006.]

BRIAN P. CARR, *Appellant,* v. KARYN S. HUNTTING, *Respondent.*

Appeals from judgments of the Superior Court for Clark County, Nos. 04-2-08908-9 and 04-2-08824-4, Kenneth R. Eiesland, J. Pro Tem., and Barbara D. Johnson, J., entered November 12 and October 27, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32962-0-II.   Division Two.   May 9, 2006.]

SANDRA HARRIS, *Appellant,* v. PERSONNEL APPEALS BOARD ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01609-3, Chris Wickham, J., entered March 7, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33556-5-II.   Division Two.   May 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN PHILIP McKEE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05769-0, Katherine M. Stolz, J., entered July 20, 2005. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.